1  CENTER FOR DISABILITY ACCESS
Amanda Seabock, SBN 289900
2  Dennis Price, SBN 279082
3  8033 Linda Vista Road, Suite 200
San Diego, CA 92111
4  (858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
5  Attorneys for Plaintiff
6

7  UNITED STATES DISTRICT COURT
8  NORTHERN DISTRICT OF CALIFORNIA

9  SCOTT JOHNSON,                               ) Case No.: 5:21-CV-06158-LHK
                                                )
10        Plaintiff,                            )
                                                ) **NOTICE OF SETTLEMENT**
11                                              )
     v.                                         )
12                                              )
     BLUE BOTTLE COFFEE, Inc., a Delaware       )
13   Corporation; Does 1-10,                    )
                                                )
14        Defendants.                           )
                                                )
15                                              )
16

17      The plaintiff hereby notifies the court that a provisional settlement has been
18 reached in the above-captioned case. The Parties are currently focusing efforts on
19 finalizing the terms of the settlement and reducing it to a writing. The plaintiff,
20 anticipates that the settlement will be consummated within the coming sixty (60) days,
21 and the Joint Stipulation for Dismissal with prejudice as to all parties will be filed.
22

23 Dated: October 13, 2021                    CENTER FOR DISABILITY ACCESS
24
25                                            By:   /s/Amanda Seabock
                                                    Amanda Seabock
26                                                  Attorney for Plaintiff
27
28